

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Taylor True Smith

Admission date: 11/20/2017

was admitted to practice in this court
and is in good standing.

Dated: September 12, 2022  *Jeffrey P. Colwell*