

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Erin Marie Erhardt

Admission date: 08/03/2016

was admitted to practice in this court
and is in good standing.

Dated: November 10, 2022