

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## James Bradley Emmons

Admission date: 03/20/2015

was admitted to practice in this court
and is in good standing.

Dated: December 2, 2022