

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Patrick H. Peluso

Admission date: 1/5/2015

was admitted to practice in this court
and is in good standing.

Dated: April 18, 2023