

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Leo B. Oppenheimer

Admission date: 5/3/2022

was admitted to practice in this court
and is in good standing.

Dated: July 5, 2023